UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AMETHYST N. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:17-CV-464-TRM-DCP |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Pursuant to Federal Rule of Civil Procedure 4(m), a defendant must be served within 90 days after a complaint is filed. Rule 4(i)(1)-(2) sets forth the specific parties that must be served in an appeal for social security disability benefits. If a plaintiff misses the 90 day deadline, "the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, upon a showing of good cause by the plaintiff, "the court must extend the deadline for service for an appropriate period." *Id.*

In the present matter, Plaintiff filed her Complaint [Doc. 1] on October 25, 2017, and no answer has be filed. While summons was issued to the local social security office in Knoxville, Tennessee and returned executed [Docs. 5 & 6], it appears to the Court that the proper parties have not been served in this case. *See* Fed. R. Civ. P. 4(i). Therefore, as of the date of this Order, Plaintiff has failed to show proof of service pursuant to Federal Rule of Civil Procedure 4(l). Accordingly, Plaintiff is **ORDERED** to **SHOW GOOD CAUSE** on or before **April 4, 2018**, as to why the undersigned should not recommend

to the District Court that this case be dismissed based on Plaintiff's failure to perfect service within the 90-day deadline.

IT IS SO ORDERED.

ENTER:

_____
Debra C. Poplin
United States Magistrate Judge