UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AMETHYST NICOLE WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 3:17-CV-464-TRM-DCP |

### ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On July 16, 2018, the Court entered an Order [Doc. 16], setting forth a briefing schedule in this matter. Plaintiff was ordered to file a dispositive motion and brief in support within forty-five (45) days of the Court's Order. To date, the Plaintiff has not filed any pleading, and the time for doing so has now passed. However, the Court notes that Plaintiff filed a notice of her change of address on September 24, 2018. [Doc. 17].

Accordingly, the Plaintiff is **ORDERED** to **SHOW CAUSE** in writing on or before **June 28, 2019** as to why the undersigned should not recommend that this matter be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge